UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

MISTY PARIS,

          Plaintiff,

vs.                                                    Case Number: 16-cv-144-GKF-TLW

CONN APPLIANCES, INC5.,

          Defendant.

### ADMINISTRATIVE CLOSING ORDER

The Parties having filed an agreed stipulation to arbitration [Doc. #7], this court stayed further proceedings on June 27, 2016 [Doc. #10].

**IT IS THEREFORE ORDERED** that the Court Clerk administratively terminate this action, without prejudice to the rights of the parties to reopen the proceedings for good cause shown for the entry of stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

**FURTHER**, if, within 15 days of a final adjudication of the arbitration proceedings, the Parties have not reopened for the purpose of obtaining a final determination herein, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED** this 1st day of March, 2017.

_____
Gregory K. Frizzell, Chief Judge
United States District Court